No. 663. MEXICAN CENTRAL RAILWAY COMPANY (LIMITED), PETITIONER, *v.* H. A. ROBINSON. May 31, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. B. Browne, Mr. Alexander Britton* and *Mr. Eben Richards* for petitioner. *Mr. Millard Patterson* for respondent.

---

No. 664. WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY, PETITIONER, *v.* BULLOCK ELECTRIC MANUFACTURING COMPANY. May 31, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Drury W. Cooper, Mr. F. H. Betts* and *Mr. Thomas B. Kerr* for petitioner. *Mr. John R. Bennett* and *Mr. Arthur Stein* for respondent.

---

No. 671. ROY M. ARRIGHI, PETITIONER, *v.* DENVER AND RIO GRANDE RAILROAD COMPANY. May 31, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Harvey Riddell* for petitioner. *Mr. Edward O. Wolcott* and *Mr. Joel F. Vaile* for respondent.

---

No. 673. ANDREW L. EATON, PETITIONER, *v.* E. J. LEWIS. May 31, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. John H. Hazelton* and *Mr. George C. Hazelton* for petitioner. *Mr. Seabury C. Mastick* for respondent.

---

No. 680. CITY OF JOHNSON CITY, TENNESSEE, PETITIONER, *v.* MUNICIPAL TRUST COMPANY (LIMITED). May 31, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. H. Carr* for petitioner. *Mr. Horace B. Hord* for respondent.